

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00385-CR

Terrence Terrell **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2025CR001264
Honorable Laura Lee Parker, Judge Presiding

Opinion by:    Lori Massey Brissette, Justice

Sitting:       Rebeca C. Martinez, Chief Justice
               Lori Massey Brissette, Justice
               Velia J. Meza, Justice

Delivered and Filed: July 8, 2026

AFFIRMED; MOTION TO WITHDRAW GRANTED

Following a bench trial, appellant Terrence Terrell Smith was found guilty of third-degree injury to an elderly individual (bodily injury), and he was sentenced to six years with the Texas Department of Criminal Justice. *See* TEX. PENAL CODE § 22.04(f). Smith timely appealed.

Smith's court-appointed appellate counsel filed a brief and motion to withdraw in accordance with *Anders v. California*, 386 U.S. 738 (1967). With citations to the record and legal authority, counsel's brief explains why no arguable points of error exist for review and concludes

this appeal is frivolous and without merit. *See id.* at 744–45; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel's brief satisfies the requirements of *Anders*. See 386 U.S. at 744–45; *High*, 573 S.W.2d at 812–13. Smith was provided with a copy of the *Anders* brief and was informed of his right to review the record and file his own brief. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). Smith obtained a copy of the appellate record and filed a pro se brief.

We have thoroughly reviewed counsel's *Anders* brief, Smith's pro se brief, and the appellate record. We agree with counsel that this appeal is frivolous and without merit. We affirm the trial court's judgment, and we grant appellate counsel's motion to withdraw. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).[1]

Lori Massey Brissette, Justice

DO NOT PUBLISH

---

[1] No substitute counsel will be appointed. If appellant wishes to seek further review of this case by the Court of Criminal Appeals, he must file a petition for discretionary review either through a retained attorney or by representing himself. Any petition for discretionary review must be filed within thirty days from the date of either (1) this opinion or (2) the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2(a). Any petition for discretionary review must be filed with the clerk of the Court of Criminal Appeals. *Id.* R. 68.3(a). Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *Id.* R. 68.4.